IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

RALPH DON LEWIS, SR.,  *
                                                                                          *

    Plaintiff,   *
                                                                                          *

v.   *   CIVIL ACTION NO. CV-06-167-A
                                                                                          *

AMERICAN FAMILY LIFE ASSURANCE *
COMPANY OF COLUMBUS,   *
                                                                                          *

    Defendant.   *

RECEIVED
2006 MAY 15  P 3: 54
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:   Ms. Judy Byrd, Clerk
        Houston County Circuit Court
        P. O. Drawer 6406
        Dothan, AL 36302

Please take notice that American Family Life Assurance Company of Columbus ("AFLAC"), a Defendant in the above entitled action, has this date filed its Notice of Removal in the Office of the Clerk of the United States District Court for the Middle District of Alabama, a copy of which is attached hereto as **Exhibit 1**.

/s/ Ronald G. Davenport
RONALD G. DAVENPORT (DAV044)
Attorney for Defendant AFLAC

OF COUNSEL:

Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101
(334) 206-3100
(334) 481-0804 (fax)

1



EXHIBIT B

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing upon:

    Daniel F. Johnson, Esq.
    Holly L. Sawyer, Esq.
    **Lewis, Brackin, Flowers & Johnson**
    P. O. Box 1165
    Dothan, AL 36302

by placing a true copy of same in the United States mail, postage prepaid, this 15TH day of May, 2006.

_____
Of Counsel