IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


RALPH DON LEWIS, SR.,          )
                               )
     Plaintiff,                )
                               )        CIVIL ACTION NO.
     v.                        )        1:06cv436-MHT
                               )            (WO)
AMERICAN FAMILY LIFE           )
ASSURANCE COMPANY OF           )
COLUMBUS,                      )
                               )
     Defendant.                )

                         JUDGMENT

     The court having been informed that this cause is now

settled, it is the ORDER, JUDGMENT, and DECREE of the

court that this lawsuit is dismissed in its entirety with

prejudice, with the parties to bear their own costs and

with leave to the parties, within 45 days, to stipulate

to a different basis for dismissal or to stipulate to the

entry of judgment instead of dismissal, and with leave to

any party to file, within 45 days, a motion to have the

dismissal set aside and the case reinstated or the settlement enforced, should the settlement not be consummated.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 25th day of May, 2006.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**