IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2006 JUN 28  P 3:41

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| RALPH DON LEWIS, SR., | * |
| Plaintiff, | * |
| v. | *   CASE NO. 1:06-cv-436-MHT |
| AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS, | * |
| Defendant. | * |

## JOINT STIPULATION OF DISMISSAL

Come now the parties and show unto this Court that this cause is to be dismissed with prejudice, each party to bear his own costs.

Respectfully submitted this 28th day of June, 2006.

RONALD G. DAVENPORT (DAV044)
Attorney for Defendant AFLAC

OF COUNSEL:

Rushton, Stakely, Johnston & Garrett, P.A.
P. O. Box 270
Montgomery, AL 36101
(334) 206-3100
(334) 481-0804 (fax)
rgd@rsjg.com

_____
DANIEL F. JOHNSON (JOH130)
HOLLY L. SAWYER (SAW012)

OF COUNSEL:
Lewis, Brackin, Flowers & Johnson
P. O. Box 1165
Dothan, AL 36302
(334) 792-5157
(334) 671-0977 (fax)
djohnson@lbfjlaw.com
hsawyer@lbfjlaw.com