IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **RALPH DON LEWIS, SR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:06cv436-MHT |
| ) | (WO) |
| **AMERICAN FAMILY LIFE** ) | |
| **ASSURANCE COMPANY OF** ) | |
| **COLUMBUS,** ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Pursuant to the joint stipulation for dismissal (doc. no. 4), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 30th day of June, 2006.

                     /s/ Myron H. Thompson
                   **UNITED STATES DISTRICT JUDGE**